1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                   * * * * *

9    KEN POLA,                          )
                                        )
10                  Plaintiff,          )          3:11-cv-00679-LRH-WGC
                                        )
11    v.                                )
                                        )          O R D E R
12   FBI, *et. al.*,                    )
                                        )
13                  Defendants.         )
     ——————————————————————————————     )

14

15        Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb

16   (#12[1]) entered on April 30, 2012, recommending granting Plaintiff's application for leave to proceed *in forma*

17   *pauperis* (#4) filed on September 22, 2011, and dismissing the complaint with prejudice. No objection to

18   the Report and Recommendation has been filed.  The action was referred to the Magistrate Judge pursuant

19   to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court

20   for the District of Nevada.

21        The Court has conducted its *de novo* review in this case, has fully considered the pleadings and

22   memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and

23   Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#12)

24   entered on April 30, 2012, should be adopted and accepted.

25

26        ——————————————————————————
          [1]Refers to court's docket number.

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#12)

2  entered on April 30, 2012, is adopted and accepted, and Plaintiff's application for leave to proceed *in forma*

3  *pauperis* (#4) is GRANTED. The movant herein is permitted to maintain this action to conclusion without the

4  necessity of prepayment of fees or costs. However, this order does not extend to the issuance of subpoenas

5  at government expense.

6    IT IS FURTHER ORDERED that the Clerk shall file the Complaint (doc. #1-1).

7    IT IS FURTHER ORDERED that this action is **DISMISSED with prejudice**.

8    IT IS SO ORDERED.

9    DATED this 6th day of July, 2012.

10

11

12    _____

13    LARRY R. HICKS
      UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26
                                     2